**2009–2318. State v. Jones.**
Hamilton App. No. C–080518, 2009-Ohio-4190. On motion for leave to file delayed appeal. Motion

denied.

Pfeifer, J., dissents.